CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 12 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSE DOMINGUEZ MENAS,<br>Petitioner, | )<br>) Civil Action No. 7:06CV00026<br>) |
| v. | ) **FINAL ORDER ADOPTING REPORT**<br>) **AND RECOMMENDATION**<br>) |
| TERRY O'BRIEN, WARDEN,<br>Respondent. | ) By: Samuel G. Wilson<br>) United States District Judge |

Jose Dominguez Menas brings this suit pursuant to 28 U.S.C. § 2241, challenging disciplinary action taken against him by the Bureau of Prisons (BOP). Respondents filed a motion to dismiss, and the court referred the matter to United States Magistrate Judge Michael F. Urbanski pursuant to 28 U.S.C. 636(b)(1)(B) for a report and recommendation. The Magistrate Judge filed a report and recommendation, recommending dismissal. Neither party filed objections.

The court has reviewed the Magistrate Judge's report and pertinent portions of the record, and it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's report be **ADOPTED** in its entirety, that the respondents' motion to dismiss be **GRANTED**, and that Menas' suit be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order to the plaintiff and to counsel for the defendants.

**ENTER:** This 12th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE